Certificate Number: 03088-PAM-DE-040317834

Bankruptcy Case Number: 25-02923


03088-PAM-DE-040317834

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 16, 2025, at 6:59 o'clock PM CST, Tiffany Lorraine Winston completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   November 16, 2025           By:   /s/Doug Tonne

                                    Name:  Doug Tonne

                                    Title:  Counselor