## United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Tiffany Lorraine Winston**

Debtor(s)

Case No.   **5:25-bk-02923**

Chapter   **13**

### CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, a copy of **Order Confirming 2nd Amended Chapter** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED EXHIBIT
"A"**

/s/ Timothy B. Fisher, II

**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753Fax:570-842-8979**
**donna.kau@pocono-lawyers.com**

Label Matrix for local noticing
0314-5
Case 5:25-bk-02923-MJC
Middle District of Pennsylvania
Wilkes-Barre
Fri May 29 12:34:47 EDT 2026

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Bank of America
4060 Ogletown/Stanton Rd
DE5-019-03-07
Newark, DE 19713

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

CitiCards CBNA
5800 South Corporate Place
Sioux Falls, SD 57108-5027

Lakeview Loan Servicing, LLC
c/o LoanCare, LLC
3637 Sentara Way
Virginia Beach, VA 23452-4262

Law Offices Of Frederic I Weinberg
375 E. Elm Street - Suite 210
Conshohocken, PA 19428-1973

Loancare Servicing Ctr
3637 Sentara Way
Suite 303
Virginia Beach, VA 23452-4262

Pennsylvania Department of Revenue
Bankruptcy Division, PO Box 280946
Harrisburg PA 17128-0946

(p)TD BANK USA N A
C/O WEINSTEIN & RILEY P S
749 GATEWAY STE G601
ABILENE TX 79602-1196

TD Bank USA/Target Credit
P.O. Box 673
Minneapolis, MN 55440-0673

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Tiffany Lorraine Winston
303 Bromley Road
Henryville, PA 18332-7708

Timothy B. Fisher II
Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424-8838

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

TD Bank USA, N.A.
C/O Weinstein & Riley, PS
749 GATEWAY, SUITE G-601
ABILENE, TX 79602

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Exhibit "A"

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)LAKEVIEW LOAN SERVICING, LLC

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

End of Label Matrix
Mailable recipients    18
Bypassed recipients     2
Total                  20